No. 335. GENERAL ELECTRIC CO. ET AL. *v.* WASHINGTON. Argued February 2, 1954. Decided February 8, 1954. *Per Curiam:* The judgment is reversed. *Carson* v. *Roane-Anderson Co.,* 342 U. S. 232. *Max Isenbergh* argued the cause for appellants. With him on the brief were *Acting Solicitor General Stern, Assistant Attorney General Holland* and *F. Gerald Toye. Jennings P. Felix,* Assistant Attorney General of Washington, argued the cause for appellee. With him on the brief were *Don Eastvold,* Attorney General, and *E. P. Donnelly.*

No. 404. JACOBSON, ADMINISTRATRIX, *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. Argued February 3, 1954. Decided February 8, 1954. *Per Curiam:* The judgment is affirmed. *Patch* v. *Wabash R. Co.,* 207 U. S. 277; *Memphis & Charleston R. Co.* v. *Alabama,* 107 U. S. 581; *Seavey* v. *Boston & Maine R. Co.,* 197 F. 2d 485. *George P. Lordan* argued the cause for petitioner. With him on the brief was *Herbert E. Tucker, Jr. Edward R. Brumley* argued the cause for respondent. With him on the brief were *R. M. Peet* and *N. W. Deering.*

No. 318. GORDON ET AL. *v.* UNITED STATES. Argued January 11, 1954. Decided February 8, 1954. *Per Curiam:* Petitioners are business partners in the sale of appliances. They were convicted under § 603 of the Defense Production Act of 1950, 64 Stat. 814, which provides that "Any person who